NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN STRAUSBAUGH,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3104

---

Petition for review of the Merit Systems Protection Board in case nos. AT315H090034-B-1 and AT4324090264-I-2.

---

## ON MOTION

---

## ORDER

Upon consideration of the unopposed motion to reform the official caption to designate the Merit Systems Protection Board as respondent and for an extension of time to file the respondent's informal brief,

IT IS ORDERED THAT:

(1) The motions are granted.  The revised official caption is reflected above.

(2) The Board's informal brief is due within 21 days of the date of filing of this order.

FOR THE COURT

JUN 1 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Stephen Strausbaugh, Esq.
     Courtney S. McNamara, Esq.
     Michael Carney, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 6 2010

JAN HORBALY
CLERK